## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **)** Chapter 11 |
| | **)** |
| | **)** Case No. 20-12522 (JTD) |
| MALLINCKRODT PLC, *et al.* | **)** |
| | **)** (Jointly Administered) |
| Debtors.[1] | **)** |
| _____ | **)** Re: **Docket No. 5210** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Rule 8003 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), sanofi-aventis U.S. LLC ("**Sanofi**") submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1:  Identity of Appellant**

1. Name(s) of Appellant(s):  sanofi-aventis U.S. LLC.

2. Position of Appellant(s) in the adversary proceeding or bankruptcy case which is subject of this appeal:  creditor and party-in-interest.

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   *Order in Connection with Expedited Motion for Pre-Confirmation Determination That Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel* [D.I. 5210] (the "**Order**").

   A copy of the Order is attached hereto as **Exhibit A**.

2. State the date on which the judgment, order, or decree was entered:  November 8, 2021.

**Part 3:  Identify the subject of this appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

1.  Mallinckrodt plc and its affiliated debtors listed on **Attachment 1** hereto.

    **Attorneys:**

    George A. Davis, Esq.
    George Klidonas, Esq.
    Andrew Sorkin, Esq.
    Anupama Yerramalli, Esq.
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone:     (212) 906-1200

    Jeffrey E. Bjork, Esq.
    Latham & Watkins LLP
    355 South Grand Avenue
    Suite 100
    Los Angeles, California 90071
    Telephone:     (213) 485-1234

    Jason B. Gott, Esq.
    Latham & Watkins LLP
    330 North Wabash Avenue
    Suite 2800
    Chicago, Illinois 60611
    Telephone:     (312) 876-7700

    Elizabeth Marks, Esq.
    Latham & Watkins LLP
    Clarendon Street
    Boston, Massachusetts 02116
    Telephone:     (617) 948-6000

    Mark D. Collins, Esq.
    Michael J. Merchant, Esq.
    Robert J. Stern, Jr., Esq.
    Amanda R. Steel, Esq.
    Brendan J. Schlauch, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone:     (302) 651-7700

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐  Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: November 19, 2021

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE #4050)
Aaron S. Applebaum (DE #5587)
Kaitlin MacKenzie (DE #5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:     (302) 468-5700
Facsimile:     (302) 394-2341
Email: stuart.brown@us.dlapiper.com
         aaron.applebaum@us.dlapiper.com
         kaitlin.mackenzie@us.dlapiper.com

- and -

Jason Hopkins (TX 24059969)
1900 North Pearl Street
Suite 2200
Dallas, Texas 75201-2482
Telephone:     (214) 743-4546
Email: jason.hopkins@us.dlapiper.com

**MILLER & MARTIN PLLC**
Laura F. Ketcham
Volunteer Building Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone:     (423) 785-8383
Facsimile:     (423) 321-1556
Email: laura.ketcham@millermartin.com

*Attorneys for sanofi-aventis U.S. LLC*

## ATTACHMENT 1

Acthar IP Unlimited Company
IMC Exploration Company
Infacare Pharmaceutical Corporation
INO Therapeutics LLC
Ludlow LLC
MAK LLC
Mallinckrodt APAP LLC
Mallinckrodt ARD Finance LLC
Mallinckrodt ARD Holdings Inc.
Mallinckrodt ARD Holdings Limited
Mallinckrodt ARD IP Unlimited Company
Mallinckrodt ARD LLC
Mallinckrodt Brand Pharmaceuticals LLC
Mallinckrodt Buckingham Unlimited Company
Mallinckrodt Canada ULC
Mallinckrodt CB LLC
Mallinckrodt Critical Care Finance LLC
Mallinckrodt Enterprises Holdings, Inc.
Mallinckrodt Enterprises LLC
Mallinckrodt Enterprises UK Limited
Mallinckrodt Group S.a.r.l.
Mallinckrodt Holdings GmbH
Mallinckrodt Hospital Products Inc.
Mallinckrodt Hospital Products IP Unlimited Company
Mallinckrodt International Finance SA
Mallinckrodt International Holdings S.a.r.l.
Mallinckrodt IP Unlimited Company
Mallinckrodt LLC Mallinckrodt Lux IP S.a.r.l.
Mallinckrodt Manufacturing LLC
Mallinckrodt Pharma IP Trading Unlimited Company
Mallinckrodt Pharmaceuticals Ireland Limited
Mallinckrodt Pharmaceuticals Limited
Mallinckrodt Quincy S.a.r.l.
Mallinckrodt UK Finance LLP
Mallinckrodt UK Ltd
Mallinckrodt US Holdings LLC
Mallinckrodt US Pool LLC
Mallinckrodt Veterinary, Inc.
Mallinckrodt Windsor Ireland Finance Unlimited Company
Mallinckrodt Windsor S.a.r.l.
MCCH LLC MEH, Inc.
MHP Finance LLC
MKG Medical UK Ltd

MNK 2011 LLC
MUSHI UK Holdings Limited
Ocera Therapeutics, Inc.
Petten Holdings Inc.
SpecGx Holdings LLC
SpecGx LLC
ST Operations LLC
ST Shared Services LLC
ST US Holdings LLC
ST US Pool LLC
Stratatech Corporation
Sucampo Holdings Inc.
Sucampo Pharma Americas LLC
Sucampo Pharmaceuticals, Inc.
Therakos, Inc.
Vtesse LLC
WebsterGx Holdco LLC
Mallinckrodt Equinox Finance LLC

EAST\186315807.1