IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| MALLINCKRODT PLC, *et al.* | ) Case No. 20-12522 (JTD) ) |
| Debtors.[1] | ) (Jointly Administered) ) |
| | ) **Re: Docket Nos. 4675, 4820, 4988 & 5207** |

### ORDER IN CONNECTION WITH EXPEDITED MOTION FOR PRE-CONFIRMATION DETERMINATION THAT DEBTORS CANNOT REJECT OR DISCHARGE POST-CONFIRMATION ROYALTY OBLIGATIONS RELATED TO SALE OF ACTHAR GEL

Upon the motion (the "**Motion**")[2] of sanofi-aventis U.S. LLC ("**Sanofi**"), for entry of an order determining that the Debtors cannot reject or discharge their post-confirmation Royalty obligations to Sanofi under the Debtors' proposed joint plan of reorganization (the "**Plan**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor and upon the record of this

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein have the meanings set forth in the Motion.

contested matter including the hearing on November 4, 2021, at which the Court provided findings of fact and conclusions of law supporting its determinations below, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED in part and DENIED in part, as set forth herein.

2. The Court hereby determines that the APA is not executory for purposes of Section 365 of the Bankruptcy Code and cannot be rejected under Section 365 of the Bankruptcy Code.

3. The Court also hereby determines, however, that Sanofi's claims for post-Petition Date breaches of the APA, including for any payment of any royalties thereunder, by the Debtors constitute pre-Petition Date unsecured claims that may be discharged under the Bankruptcy Code.

4. This Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order. This Order finally resolves the dispute presented by the Motion and is final and appealable.

Dated: November 8th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE