# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, *et al.*, | : | Bankruptcy Case No. 20-12522 (JTD) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| SANOFI-AVENTIS U.S. LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 21-1636-LPS |
| | : | Bankr. BAP No. 21-82 |
| MALLINCKRODT PLC, *et al.*, | : | |
| | : | |
| Appellees. | : | |
| _____ | : | |

## **RECOMMENDATION**

At Wilmington this **20th** day of **December, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

---

[1] Written information was provided by counsel for the parties which is not made part of the court record because it relates to mediation.

The parties conferred on the prospects of mediation efforts regarding this appeal and jointly request that this appeal be removed from mandatory mediation. Based on the nature of the relief granted and the issues on appeal, this judges agrees.

The parties further proposed the following briefing schedule on the merits be adopted:

| | |
|---|---|
| Appellant's Opening Brief | **January 25, 2022** |
| Appellees Answering Brief | **February 24, 2022** |
| Appellant's Reply Brief | **March 10, 2022** |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to this Recommendation are anticipated pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 because it is consistent with the parties' joint request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge