IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

IN RE: MALLINCKRODT PLC

Civil Action Nos. 1:21-cv-01093; 1:21-cv-01150; 1:21-cv-01155;
1:21-cv-01161; 1:21-cv-01271; 1:21-cv-01416; 1:21-cv-01636;
1:21-cv-01643; 1:21-cv-01746; 1:21-cv-01756; 1:21-cv-01780;
1:22-cv-00215; 1:22-cv-00216; 1:22-cv-00222; 1:22-cv-00321;
1:22-cv-00328; 1:22-cv-00330; 1:22-cv-00331; 1:22-cv-00333;
1:22-cv-00337

_____

**DESIGNATION OF CIRCUIT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 291(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Thomas L. Ambro of the Court of Appeals for such a period as is necessary for the disposition of the above-entitled matters. Anticipating that additional appeals will be filed arising out of the *Mallinckrodt* bankruptcy matter, Judge Ambro is also designated and assigned to such future related matters filed in the District of Delaware.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: March 29, 2022