IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 20-12522-JTD<br>(Jointly Administered) |
| SANOFI-AVENTIS U.S. LLC,<br>Appellant,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | Appeal from the Bankruptcy Court<br><br>Case No. 21-cv-01636-TLA |

**STIPULATION BETWEEN APPELLANTS AND APPELLEES
EXTENDING DEADLINES WITH RESPECT TO REORGANIZED
DEBTORS' MOTION TO DISMISS APPEAL AS EQUITABLY MOOT**

This Stipulation is entered into by and between appellant sanofi-aventis U.S. LLC ("Appellant") and appellees Mallinckrodt, plc *et al.* ("Appellees").

**WHEREAS** Appellees filed the *Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* (the "Motion") on July 1, 2022; and

**WHEREAS** pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedures, a response to a motion must be filed with seven days of service of the

RLF1 27587106v.2

motion, and a reply to a response must be filed with seven days of service of the response; and

**WHEREAS**, Appellant and Appellees have agreed to extend the deadlines for filing a response and a reply to the Motion as set forth below.

**NOW THEREFORE**, Appellant and Appellees stipulate and agree as follows:

1. The deadline for Appellant to file a response ("Response") to the Motion shall be extended through and including **July 22, 2022**.

2. The deadline for Appellees to file a reply to the Response shall be extended through and including **August 5, 2022**.

RLF1 27587106v.2

Dated: July 7, 2022

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **DLA PIPER LLP (US)** |

*/s/ Amanda R. Steele*  
Mark D. Collins (No. 2981)  
Robert J. Stearn, Jr. (No. 2915)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
One Rodney Square  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Email: collins@rlf.com  
       stearn@rlf.com  
       merchant@rlf.com  
       steele@rlf.com

-and-

**LATHAM & WATKINS LLP**  
Melissa Arbus Sherry  
Andrew Sorkin  
James A. Tomberlin  
555 Eleventh Street, NW, Suite 1000  
Washington, DC 20004  
Telephone: (202) 637-2200  
Email: melissa.sherry@lw.com  
      andrew.sorkin@lw.com  
      greg.indenberken@lw.com  
      james.tomberlin@lw.com

-and-

George A. Davis  
George Klidonas  
Anupama Yerramalli  
Hugh K. Murtagh  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 906-1200  
Email: george.davis@lw.com

By: */s/ Aaron S. Applebaum*  
Stuart M. Brown (DE #4050)  
Aaron S. Applebaum (DE #5587)  
1201 North Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
E-mail:  
      stuart.brown@us.dlapiper.com  
      aaron.applebaum@us.dlapiper.com

– and –

Ilana H. Eisenstein  
One Liberty Place  
1650 Market Street, Suite 5000  
Philadelphia PA 191903-7300  
Telephone: 215-656-3300  
Email:  
      ilana.eisenstein@us.dlapiper.com

*Attorneys for sanofi-aventis U.S. LLC*

RLF1 27587106v.2

george.klidonas@lw.com
anu.yerramalli@lw.com
hugh.murtagh@lw.com

-and-

Jeffrey E. Bjork
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Fax: (213) 891-8763
Email: jeff.bjork@lw.com

-and-

Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Debtors-Appellees*

**SO ORDERED** this_____day of July, 2022.

_____
Thomas L. Ambro
United States Circuit Judge

RLF1 27587106v.2