# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 20-12522-JTD<br>(Jointly Administered) |
| SANOFI-AVENTIS U.S. LLC,<br>Appellant,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | Appeal from the Bankruptcy Court<br><br>Case No. 21-cv-01636-TLA |

## STIPULATION BETWEEN APPELLANTS AND APPELLEES EXTENDING DEADLINES WITH RESPECT TO REORGANIZED DEBTORS' MOTION TO DISMISS APPEAL AS EQUITABLY MOOT

This Stipulation is entered into by and between appellant sanofi-aventis U.S. LLC ("Appellant") and appellees Mallinckrodt, plc *et al.* ("Appellees").

**WHEREAS** Appellees filed the *Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* (the "Motion") on July 1, 2022; and

**WHEREAS** pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedures, a response to a motion must be filed with seven days of service of the

RLF1 27587106v.2

motion, and a reply to a response must be filed with seven days of service of the response; and

**WHEREAS**, Appellant and Appellees have agreed to extend the deadlines for filing a response and a reply to the Motion as set forth below.

**NOW THEREFORE**, Appellant and Appellees stipulate and agree as follows:

1. The deadline for Appellant to file a response ("Response") to the Motion shall be extended through and including **July 22, 2022**.

2. The deadline for Appellees to file a reply to the Response shall be extended through and including **August 5, 2022**.

Dated: July 7, 2022

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **DLA PIPER LLP (US)** |
| /s/ Amanda R. Steele | By: /s/ Aaron S. Applebaum |
| Mark D. Collins (No. 2981) | Stuart M. Brown (DE #4050) |
| Robert J. Stearn, Jr. (No. 2915) | Aaron S. Applebaum (DE #5587) |
| Michael J. Merchant (No. 3854) | 1201 North Market Street, Suite 2100 |
| Amanda R. Steele (No. 5530) | Wilmington, DE 19801 |
| One Rodney Square | Telephone: (302) 468-5700 |
| 920 N. King Street | Facsimile: (302) 394-2341 |
| Wilmington, Delaware 19801 | E-mail: |
| Telephone: (302) 651-7700 | stuart.brown@us.dlapiper.com |
| Email: collins@rlf.com | aaron.applebaum@us.dlapiper.com |
| stearn@rlf.com | |
| merchant@rlf.com | – and – |
| steele@rlf.com | |
| | Ilana H. Eisenstein |
| -and- | One Liberty Place |
| | 1650 Market Street, Suite 5000 |
| **LATHAM & WATKINS LLP** | Philadelphia PA 191903-7300 |
| Melissa Arbus Sherry | Telephone: 215-656-3300 |
| Andrew Sorkin | Email: |
| James A. Tomberlin | ilana.eisenstein@us.dlapiper.com |
| 555 Eleventh Street, NW, Suite 1000 | |
| Washington, DC 20004 | *Attorneys for sanofi-aventis U.S. LLC* |
| Telephone: (202) 637-2200 | |
| Email: melissa.sherry@lw.com | |
| andrew.sorkin@lw.com | |
| greg.indenberken@lw.com | |
| james.tomberlin@lw.com | |

-and-

George A. Davis
George Klidonas
Anupama Yerramalli
Hugh K. Murtagh
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com

george.klidonas@lw.com
anu.yerramalli@lw.com
hugh.murtagh@lw.com

-and-

Jeffrey E. Bjork
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Fax: (213) 891-8763
Email: jeff.bjork@lw.com

-and-

Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Debtors-Appellees*

**SO ORDERED** this \_\_\_7th\_\_\_ day of July, 2022.

s/ Thomas L. Ambro
_____
Thomas L. Ambro
United States Circuit Judge