## **CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, Esq. hereby certify that on July 22, 2022, a copy of the foregoing *Objection of Appellant Sanofi-Aventis U.S. LLC to Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* was served via cm/ecf on all parties who are registered to receive e-filing notifications in this case.

Dated: July 22, 2022                                   */s/Stuart M. Brown*_____
                                                                           Stuart M. Brown (DE 4050)